839 A.2d 183

**HANOVER SCHOOL DISTRICT, Appellant**

v.

**HANOVER EDUCATION ASSOCIATION, Appellee.**

Supreme Court of Pennsylvania.

Argued Dec. 4, 2003.

Decided Dec. 23, 2003.

Paul N. Lalley, Huntingdon, Stacy Ayn Geier, Media, Michael Ira Levin, Huntingdon, for appellant.

Emily J. Leader, Harrisburg, for appellant amicus curiae.

Thomas W. Scott, Harrisburg, J. Paul Helvey, for appellee.

Hope S. Goldhaber, Willow Grove, for appellee amicus curiae.

Before: CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and LAMB, JJ.

## ORDER

PER CURIAM.

The Order of the Commonwealth Court is affirmed.

Justice NEWMAN and Justice LAMB dissent.